IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MICHAEL RASKO, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No. 25-425-RGA |
| | : |
| ROTHBRIGHT, INC., DANIEL PATTON And MARCUS FRYE, | : |
| | : |
| Defendants. | : |

**ORDER**

This **13th** day of February, 2026, upon consideration of the Magistrate Judge's Report and Recommendation dated January 23, 2026 (D.I. 24), and no objections to the Report and Recommendation having been received, and the Court having reviewed the matter and finding that the Magistrate Judge's Report and Recommendation is legally and factually correct, IT IS HEREBY ORDERED:

1. The Report and Recommendation (D.I. 24) is **ADOPTED**.

2. Defendant's motion to dismiss (D.I. 16) is **GRANTED-in-Part and DENIED-in-part.** The request to Dismiss Count 1 is DENIED. The request to Dismiss Count II is GRANTED. All claims against Defendants Patton and Frye are DISMISSED.

/s/ Richard G. Andrews
United States District Judge